**No. 10-715. Thomas Leslie, Laurine Spivey-Ferguson, and Grace Garcia, Petitioners v. Carvinal Corporation.**

562 U.S. 1270, 131 S. Ct. 1603, 179 L. Ed. 2d 499, 2011 U.S. LEXIS 1946.

March 7, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Third District, denied.

Same case below, 22 So. 3d 567.